**Felix HILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82123.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 2003.

Gwenda R. Robinson, District Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J. and GARY M. GAERTNER, SR. and KATHIANNE KNAUP CRANE, JJ.

*ORDER*

PER CURIAM.

Felix Hill appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

We have reviewed the record on appeal and the briefs of the parties and find no error of law. An extended opinion reciting the detailed facts restating the principles of law would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).